Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF
AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN HO, | Case No. 8:18-cv-00182-DOC (JDEx) |
| Plaintiff, | **STIPULATION TO DISMISS MSA WORLDWIDE, LLC LTD PLAN** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; MSA WORLDWIDE, LLC LTD PLAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff THIEN HO ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), by and through their respective counsel, as follows:

1. The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq*.

2. Unum Life has confirmed that the MSA Worldwide, LLC LTD Plan (the "Plan") is fully insured under the policy at issue to insure the benefits for the time period at issue in this case.

3. In consideration for this Stipulation, Unum Life acknowledges and agrees that it will be responsible for any judgment relating to disability benefits

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

162327.1

1

Case No. 8:18-cv-00182-DOC (JDEx)
STIPULATION TO DISMISS MSA
WORLDWIDE, LLC LTD PLAN

under the Plan, and attorneys' fees, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against Unum Life in the above-entitled action.

4. By entering into this stipulation, Unum Life is not waiving any affirmative defenses and/or grounds for motions under Rule 12 of the Federal Rules of Civil Procedure.

5. The parties therefore stipulate and request that the Plan be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii), with the parties to bear their own attorneys' fees and costs directly related to this Stipulation and the dismissal of the Plan. Unum Life shall remain the only named defendant.

**IT IS SO STIPULATED.**

Dated: March 13, 2018      KANTOR & KANTOR, LLP
                           Glenn R. Kantor
                           Brent Dorian Brehm


                           By:   */s/ Brent Dorian Brehm*
                                 Brent Dorian Brehm
                                 Attorneys for Plaintiff
                                 THIEN HO

Dated: March 13, 2018      MESERVE, MUMPER & HUGHES LLP
                           Linda M. Lawson
                           Charles K. Chineduh


                           By:   */s/ Charles K. Chineduh*
                                 Charles K. Chineduh
                                 Attorneys for Defendant
                                 UNUM LIFE INSURANCE
                                 COMPANY OF AMERICA

**Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

162327.1

2

Case No. 8:18-cv-00182-DOC (JDEx)
STIPULATION TO DISMISS MSA
WORLDWIDE, LLC LTD PLAN