Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN HO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; MSA WORLDWIDE, LLC LTD PLAN,<br><br>　　　　Defendant. | Case No. 8:18-cv-00182-DOC (JDEx)<br><br>**DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S CERTIFICATION OF INTERESTED PARTIES** |

**TO THE DISTRICT COURT OF THE UNITED STATES, CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to the Federal Rules of Civil Procedure, Rule 7.1(a), and Local Rule 7.1-1 of the United States District Court, Central District of California, the undersigned, counsel of record for UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTIES | CONNECTION |
|---|---|
| Thien Ho | Plaintiff |
| Unum Life Insurance Company of America ("Unum Life") | Defendant Unum Life is 100% owned by Unum Group. |
| Unum Group | Unum Group is a publicly held corporation and there is no publicly held corporation that owns 10% or more of its stock. |
| MSA Worldwide, LLC LTD Plan | Defendant |

    A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Dated: April 9, 2018

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Charles K. Chineduh

By:    */s/ Linda M. Lawson*
      Linda M. Lawson
      Attorneys for Defendant
      UNUM LIFE INSURANCE
      COMPANY OF AMERICA